Opinion approved by the Court.

**James Arlon GULLEDGE, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 31149.**

Court of Criminal Appeals of Texas.

Dec. 2, 1959.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This purports to be an appeal from a conviction for a liquor law violation, with punishment assessed at a fine of $400.

The notice of appeal appearing in the transcript is not shown to have been entered of record, as is required under Art. 827, C.C.P. Young v. State, 60 Tex.Cr.R. 290, 131 S.W. 413; Tuel v. State, 142 Tex. Cr.R. 581, 155 S.W.2d 808.

In the absence of a valid notice of appeal this court is without jurisdiction of the appeal.

The appeal is dismissed.